# UNITED STATES BANKRUPTCY COURT
### District of New Jersey

**In the matter of:**
**JOSEPH DiBLASI and**  **Bankruptcy Case No. 07-28891**
**KRYSTYNA DiBLASI,**
    Debtors.

_____

**COMMERCE BANK, N.A.,**
     **Plaintiff,**
vs.  **Adversary No.**

**JOSEPH DiBLASI and KRYSTYNA DiBLASI,**
    Defendants.

_____

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk: | United States Bankruptcy Court<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorneys:

| Name and Address of Plaintiff's Attorney: | JAMES G. AARON, ESQ.<br>Ansell Zaro Grimm & Aaron<br>1500 Lawrence Ave., CN-7807<br>Ocean, NJ 07712 |
|---|---|

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| Address | Room:<br>Date and Time: |
|---|---|

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                  <u>JAMES J. WALDRON</u>
                                                  Clerk of the Bankruptcy Court

_____    BY: _____
Date                                               Deputy Clerk

**MEDIATION OF ALL DISPUTES IS ENCOURAGED AND IS AVAILABLE PURSUANT TO D.N.J. LBR 9019-2. THE PRACTITIONER'S GUIDE TO THE MEDIATION PROCESS IS AVAILABLE IN THE BANKRUPTCY COURT CLERK'S OFFICE AND IN EACH COURTROOM. THE GUIDE CONTAINS AN OVERVIEW OF THE MEDIATION PROCESS, SAMPLE FORMS, THE REGISTER OF MEDIATORS, AND APPLICABLE LOCAL RULES.**