**MIDDLEBROOKS SHAPIRO
& NACHBAR, P.C.**
1767 Morris Avenue, Suite 2A
Union, New Jersey 07083-1716
(908) 687-6161
Stuart M. Nachbar, Esq. (SN-9998)
Attorneys for Joseph DiBlasi and
Krystyna DiBlasi, Chapter 13 Debtors

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| **JOSEPH DIBLASI and KRYSTYNE DIBLASI**, | Honorable Donald H. Steckroth |
| Chapter 13 Debtors. | Case No.   07-28891 (DHS) |
| **COMMERCE BANK, N.A.,** | Adv. Pro. No. 08-01236 |
| Plaintiff, | |
| v. | |
| **JOSEPH DiBLASI and KRYSTYNA DiBLASI,** | |
| Defendants, | |
| **JOSEPH DiBLASI and KRYSTYNA DiBLASI**, | |
| Third-Party Plaintiffs, | |
| v. | |
| **ROBERT M. REISS**, | |
| Third-Party Defendant. | |

---

## NOTICE FOR ENTRY OF DEFAULT AGAINST THIRD-PARTY DEFENDANT ROBERT REISS FOR FAILURE TO ENTER APPEARANCE

---

TO:  **HONORABLE DONALD H. STECKROTH**
UNITED STATES BANKRUPTCY COURT
50 Walnut Street
Newark, New Jersey 07102

Robert Reiss
164 Oxford Avenue
Fairhaven, New Jersey 07704
VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED

**PLEASE TAKE NOTICE** that Joseph and Krystyna DiBlasi, the Debtors/Defendant and Third-Party Plaintiff (the "DiBlasis") hereby request that the Clerk of the Court to set a date by which the Court shall Enter Default against Third Party Defendant Robert Reiss for Failure to Answer or Otherwise Enter an Appearance in the above-captioned Adversary Proceeding.,

**PLEASE TAKE FURTHER NOTICE** that upon the return date of the within Motion, the DiBlasis shall rely on the Application and Exhibits filed simultaneously herewith  and oral argument, if such is necessary.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 2013-1, this motion may be deemed uncontested unless a written response is filed and served within the time prescribed by the Court.  If no responsive pleading is filed, the Court may enter the relief requested on the papers submitted.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-1(f), oral argument is waived unless an objection to this motion is timely filed.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-2, no brief is necessary as the relief sought presents no novel or complex issues of law.

**MIDDLEBROOKS  SHAPIRO
& NACHBAR, P.C.**
Attorneys for Joseph & Krystna DiBlasi

Dated: December 31, 2008      /s/ Stuart M. Nachbar
By: Stuart M. Nachbar, Esq.

**MIDDLEBROOKS SHAPIRO
& NACHBAR, P.C.**
1767 Morris Avenue, Suite 2A
Union, New Jersey 07083-1716
(908) 687-6161
Stuart M. Nachbar, Esq. (SN-9998)
Attorneys for Joseph DiBlasi and
Krystyna DiBlasi, Chapter 13 Debtors

---

|  |  |
|---|---|
| In re: | :UNITED STATES BANKRUPTCY COURT<br>:FOR THE DISTRICT OF NEW JERSEY<br>: |
| **JOSEPH DIBLASI and**<br>**KRYSTYNE DIBLASI**, | :<br>:      Honorable Donald H. Steckroth<br>: |
| Chapter 13 Debtors. | :      Case No.      07-28891 (DHS)<br>: |
| **COMMERCE BANK, N.A.,** | :      Adv. Pro. No. 08-01236<br>: |
| Plaintiff, | :<br>: |
| v. | :<br>: |
| **JOSEPH DiBLASI and**<br>**KRYSTYNA DiBLASI,** | :<br>:<br>: |
| Defendants, | :<br>: |
| **JOSEPH DiBLASI and**<br>**KRYSTYNA DiBLASI**, | :<br>:<br>: |
| Third-Party Plaintiffs, | :<br>: |
| v. | :<br>: |
| **ROBERT M. REISS**, | :<br>: |
| Third-Party Defendant. | :<br>: |

---

**CERTIFICATION OF STUART M. NACHBAR, ESQ., IN SUPPORT OF REQUEST
FOR ENTRY OF DEFAULT AGAINST THIRD-PARTY DEFENDANT
ROBERT REISS FOR FAILURE TO ENTER APPEARANCE**

---

I, Stuart M. Nachbar, Esq., being of age do hereby certify as follows:

1.      This Firms serves as Counsel to the Chapter 13 Debtors, Joseph and Krystyna DiBlasi who are also the Defendants and the Third-Party Plaintiffs in the above-captioned matter.

2.      I am fully familiar with this file as the handling attorney and have the requisite knowledge to make this Certification.

3.      I make this Certification in support of the Request for Entry of Default against Third-Party Defendant Robert Reiss.

4.      On May 5, 2008, this Firm served Third Party-Defendant Robert Reiss with a copy of the Answer to the Complaint, Third Party Summons, Third-Party Complaint and Notice of Pre-Trial Hearing by Certified Mail Return Receipt Request and First Class Mail, Postage Pre-Paid (the "May 5, 2008 correspondence".  A true and accurate copy of the May 5, 2008 correspondence is attached hereto as <u>Exhibit A</u>.

5.      Pursuant to the United States postal Service the Certified Mail was never claimed by Third-Party Defendant.  See, Track and Confirm from United States postal Service attached hereto as <u>Exhibit B</u>.

6.      The First Class Mail, Postage Pre-Paid which included the May 5, 2008 correspondence and enclosures was not returned to this Firm.

7.      Third-Party Defendant Robert Reiss has not filed an Answer to the Third-Party Complaint or in any manner entered an appearance.

8.      Third-Party Defendant Robert Reiss has never requested an extension of time to file an Answer to the Third-Party Complaint or file any responsive papers.

9.      The time for Third-Party Defendant Robert Reiss to answer or enter an appearance

has expired.

10.     As such, we request that the Clerk of the Court enter Default against the Third-Party

Defendant Robert Reiss.

I hereby certify that the foregoing statements made by me are true and accurate to the best

of my knowledge.   I further certify that if I have willfully perjured myself, I am subject to

punishment by this Court.

Dated: December 31, 2008                    /s/ Stuart M. Nachbar
                                            By: Stuart M. Nachbar, Esq.

# EXHIBIT A

# MIDDLEBROOKS SHAPIRO
# & NACHBAR, P.C.

### ATTORNEYS AT LAW
### 1767 MORRIS AVENUE, SUITE 2A
### UNION, NEW JERSEY 07083
TELEPHONE (908) 687-6161
TELECOPIER (908) 687-9090
EMAIL: middlebrooks@middlebrooksshapiro.com

MELINDA D. MIDDLEBROOKS, ESQ.
RICHARD P. SHAPIRO, ESQ. (1942-2002)
STUART M. NACHBAR, ESQ.
OF COUNSEL
MYRON S. LEHMAN, ESQ.(1928-2007)

MORRISTOWN OFFICE:
89 HEADQUARTERS PLAZA NORTH
4 SPEEDWELL AVENUE, #1458
P.O. BOX 1117
MORRISTOWN, NEW JERSEY 07962-1117

PLEASE REPLY TO OUR
UNION OFFICE

May 5, 2008

<u>VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED 7007 3020 0002 8802 5587</u>
<u>AND FIRST CLASS MAIL, POSTAGE PRE-PAID</u>

Robert Reiss
164 Oxford Avenue
Fairhaven, New Jersey 07704

> Re:    Joseph & Krystyna DiBlasi
> <u>Case Number 07-28891(DHS)</u>
> Commerce Bank, NA v Joseph DiBlasi and Krystyna DiBlasi
> Joseph DiBlasi and Krystyna DiBlasi v. Robert Reiss
> <u>Adversary Case Number 08-1236 (DHS)</u>

Dear Mr. Reiss:

You are hereby served with an original Summons and Notice of Pretrial Conference in an Adversary Proceeding together with copies of the Instructions from the United States Bankruptcy Court for the District of New Jersey and the Verified Answer and Verified Third-Party Adversary Complaint for an Order of Indemnification and Contribution and for Related Relief in the above-captioned adversary matter.

You are required to file and serve an Answer or other pleading within thirty (30) days. Failure to do so will result in Default being entered against you, and the potential of a monetary Judgement.

As set forth on the Summons, this matter has been set for a pretrial conference on July 3, 2008 at 10:00 a.m. before the Honorable Donald H. Steckroth, United States Bankruptcy Court for the District of New Jersey, Martin Luther King Building, 50 Walnut Street, Newark, New Jersey 07102.

*We are a debt relief agency.*
*We help people file for bankruptcy relief under the Bankruptcy Code.*

**Middlebrooks Shapiro
& Nachbar, P.C.**

May 5, 2008
Page 2


      Kindly be guided accordingly.

                        Very truly yours,
                        /s/ Stuart M. Nachbar
                        Stuart M. Nachbar

SMN:jms
Enclosure
cc:     Melinda D. Middlebrooks
        Joseph and Krystyna DiBlasi
        James G. Aaron, Esq. (All w/o enclosures)

*We are a debt relief agency.*
*We help people file for bankruptcy relief under the Bankruptcy Code.*

# EXHIBIT B



Home  |  Help  |  Sign In

**Track & Confirm**                                    **FAQs**

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 3020 0002 8802 5587**
Status: **Unclaimed**

Your item was returned to the sender on May 24, 2008 because it was
not claimed by the addressee. A proof of delivery record may be
available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

**Restore Offline Details >**   **Return to USPS.com Home >**

**Track & Confirm**

Enter Label/Receipt Number.

**Go >**

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

