| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| Middlebrooks Shapiro & Nachbar, P.C.<br>1767 Morris Avenue, Suite 2A<br>Union, New Jersey 07083<br>(908) 687-6161<br>Stuart M. Nachbar, Esq. (SN-9998) |

| In Re: |
|---|
| Joseph and Krystyan Diblasi |

| Commerce Bank, Plaintiff<br>v<br>Joseph and Krystyna Diblasi, Defendant & Third Party<br>vs.<br>Robert Reiss, Third Party Defendant |
|---|

Case No.: 07-28891

Adv. No.: 08-01236

Hearing Date: _____

Judge: Donald H. Steckroth

**FILED**
JAMES J. WALDRON, CLERK
FEB 2 - 2009
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Recommended Local Form:    ☒ Followed    ☐ Modified

### ENTRY OF DEFAULT

It appearing that the following defendant(s) failed to plead or otherwise defend in this proceeding as required by law:

Robert Reiss, Third-Party Defendant

THEREFORE, default is entered against said defendant(s) as authorized by Fed. R. Bank. P. 7055.

Dated: 2/2/09

JAMES J. WALDRON, Clerk

Rev. 7/1/04; jml