UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**MIDDLEBROOKS SHAPIRO
& NACHBAR, P.C.**
1767 Morris Avenue, Suite 2A
Union, New Jersey 07083-1716
(908) 687-6161
Stuart M. Nachbar, P.C.
Counsel for the Debtors/Defendants/Third-Party Plaintiff

In re:
**JOSEPH DiBLASI and
KRYSTYNE DIBLASI,**
    Debtors

**COMMERCE BANK, N.A.,**
    Plaintiff,
v.
**JOSEPH DiBLASI and
KRYSTYNA DiBLASI,**

    Defendants,

**JOSEPH DiBLASI and
KRYSTYNA DiBLASI,**
    Third-Party Plaintiffs,
v.
**ROBERT M. REISS,**
    Third-Party Defendant.

Case No.: 07-28891 (DHS)

Adv. Pro. No. 08-01236

Hearing Date: April 22, 2009 @ 11:00

FILED
JAMES J. WALDRON, CLERK
MAY 26 2009
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

---

**ORDER GRANTING THIRD-PARTY PLAINTIFFS DEFAULT JUDGEMENT AGAINST THIRD-PARTY DEFENDANT ROBERT REISS AND FOR OTHER RELATED RELIEF**

---

    The relief set forth on the following pages, paragraphs numbered one (1) through two (2) is hereby **ORDERED.**

5/26/09

/s/ USBJ

1. Default Judgment is hereby entered against Third-Party Defendant Robert Reiss and in favor of Third-Party Plaintiffs Joseph and Krystyna DiBlasi in the amount of $ *967,077.37*

2. Third-Party Defendant Robert Reiss is hereby Ordered to pay said Judgment ~~within ten (10) days of the entry of this Order.~~