| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: | Case No.: _____ |
| | Adv. No.: _____ |
| Plaintiff(s) v. | Judge: _____ |
| Defendant(s) | |

**ORDER TO FILE SETTLEMENT DOCUMENTS**

The relief set forth on the following page is hereby **ORDERED**.

DATED: _____        _____
                                          Judge, U.S. Bankruptcy Court

The Court having been advised that the above referenced adversary proceeding has been settled between the plaintiff(s) and _____

_____,

and for good cause shown, it is

ORDERED, that if the Court does not receive the appropriate settlement document(s) within 30 days of the date of this order, the matter may be:

❏      dismissed in its entirety and the case may be closed without further order of the Court.

❏      dismissed as to the above named parties without further order of the Court.

*rev. 8/1/07*