**ANSELL ZARO GRIMM & AARON, P.C.**
1500 Lawrence Ave., CN-7807
Ocean, NJ 07712
(732) 922-1000
By: James G. Aaron, Esq. (JA-0729)
Attorneys for Plaintiff Commerce Bank

| | |
|---|---|
| In the matter of:<br><br>JOSEPH DiBLASI and KRYSTYNA DiBLASI;<br><br>    Debtors. | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>Case No. 07-28891<br>Hon. Donald H. Steckroth<br>Chapter 13 |
| COMMERCE BANK, N.A.,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH DiBLASI and KRYSTYNA DiBLASI,<br><br>    Defendants. | Adv. Pro. 08-01236<br><br>**STIPULATION OF SETTLEMENT** |

The parties hereby agree as follows:

1.   Plaintiff, Commerce Bank, shall be deemed to have a secured claim on assets of the Defendant, located at 445 David Terrace, Union, New Jersey.

2.   Defendants acknowledge and withdraw the objection to the claim of the Plaintiff as set forth in the Complaint.

3.   Defendants further agree to assist Plaintiff in its efforts to obtain judgment and collect the amount due from Third-Party Defendant Robert Reiss.

4.   Plaintiff agrees to accept any sums paid over the amounts paid to the Chapter 13 Trustee and the unsecured creditor body as adequate protection payments.

5.   Plaintiff agrees to forbear any actions against the Defendants for a period of six months from February 24, 2009.

6. Plaintiff agrees to forbear any collection actions against the Defendants for a period of six months from February 24, 2009.

7. Plaintiff further agrees that it will not object to Defendants' actions to obtain and enforce any judgment obtained by the Defendants against Third-Party Defendant Reiss.

ANSELL ZARO GRIMM & AARON
Attorneys for Plaintiff


BY:  */s/  James G. Aaron*
     JAMES G. AARON


MIDDLEBROOKS SHAPIRO & NACHBAR
Attorneys for Defendants


BY:  */s/ Stuart M. Nachbar*
     STUART M. NACHBAR



DATED:    September 11, 2009

2