```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ANSELL ZARO GRIMM & AARON, P.C.
1500 Lawrence Avenue, CN-7807
Ocean, NJ 07727
(732) 922-1000
By: James G. Aaron, Esq. (JA-0729)
```

Order Filed on 9/17/2009 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| In Re:<br>JOSEPH DiBLASI and KRYSTYNA DiBLASI;<br>    Debtors. | Case No.: 07-28891 |
| COMMERCE BANK, N.A.;<br>    Plaintiff,<br>vs.<br><br>JOSEPH DiBLASI and KRYSTYNA DiBLASI;<br>    Defendants<br><br>Vs.<br><br>ROBERT M. REISS,<br>    Third-Party Defendant. | Adv. No.: 08-01236<br><br>Hearing Date: August 13, 2008<br>                @ 11:00 AM<br><br>Judge: Hon. Donald H. Steckroth |

**ORDER OF SETTLEMENT**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 9/17/2009**

_/s/ Donald H. Steckroth_
Honorable Donald H. Steckroth
United States Bankruptcy Judge

*Commerce Bank v. DiBlasi*; Adv. No. 08-01236
<u>Order of Settlement</u>

THIS MATTER having been settled by and between the parties, IT IS hereby ORDERED AS FOLLOWS:

1. Plaintiff, Commerce Bank, shall have a secured claim on the assets of the Defendant located at 445 David Terrace, Union, New Jersey;

2. Defendants acknowledge and withdraw the objection to the claim of the Plaintiff as set forth in the Complaint;

3. Defendants will assist Plaintiff in its efforts to obtain judgment and collect the amount due from Third-Party Defendant Robert Reiss;

4. Plaintiff will accept any sums paid over the amounts paid to the Chapter 13 Trustee and the unsecured creditor body as adequate protection payments;

5. Plaintiff shall forbear any actions against the Defendants for a period of six months from February 24, 2009;

6. Plaintiff shall forbear any collection actions against the Defendants for a period of six months from February 24, 2009;

7. Plaintiff shall not object to Defendants' actions to obtain and enforce any judgment obtained by the Defendants against Third-Party Defendant Reiss; and

8. Movant shall serve this Order on the debtor, any trustee, and other party who entered an appearance on the motion.

*Approved by Judge Donald H. Steckroth September 17, 2009*